IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gooden, Anthony M

Printed: 12/19/07

Case Number: 04 B 16365
Judge: Wedoff, Eugene R
Filed: 4/26/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 13, 2007
Confirmed: July 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,140.86 |  |
| Secured: |  | 5,441.47 |
| Unsecured: |  | 0.00 |
| Priority: |  | 8,169.31 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 858.98 |
| Other Funds: |  | 971.10 |
| Totals: | 18,140.86 | 18,140.86 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Cardmember Services | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 5,278.84 | 5,278.84 |
| 4. | Best Buy | Secured | 213.09 | 162.63 |
| 5. | Internal Revenue Service | Priority | 6,896.58 | 6,896.58 |
| 6. | Illinois Dept of Revenue | Priority | 1,272.73 | 1,272.73 |
| 7. | Ford Motor Credit Corporation | Unsecured | 418.66 | 0.00 |
| 8. | St James Hospital | Unsecured | 82.30 | 0.00 |
| 9. | MCSI | Unsecured | 25.00 | 0.00 |
| 10. | Chase Cardmember Services | Unsecured | 48.38 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 127.56 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 148.37 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 23.52 | 0.00 |
| 14. | Planites Credit Union | Unsecured | 70.86 | 0.00 |
| 15. | Internal Revenue Service | Priority |  | No Claim Filed |
| 16. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 17. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 18. | Retailers National Bank | Unsecured |  | No Claim Filed |
| 19. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 20. | Wal Mart Stores | Unsecured |  | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 17,305.89 | $ 16,310.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Gooden, Anthony M | Case Number:  04 B 16365 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/19/07 | Filed:  4/26/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 80.88 |
| 6.5% | 223.69 |
| 3% | 42.82 |
| 5.5% | 203.19 |
| 5% | 68.73 |
| 4.8% | 129.49 |
| 5.4% | 110.18 |
| | _____ |
| | $ 858.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

